## United States District Court
### Central District of Illinois

# JUDGMENT IN A CIVIL CASE

**JACK BEASLEY,**
**Plaintiff,**

　　　　　　vs.  　　　　　　　　　　　　　　　　　　　Case Number:   **08-2005**

**UNIVERSITY OF ILLINOIS, ET AL,**
**Defendants.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

　　**IT IS ORDERED AND ADJUDGED** that pursuant to 28 U.S.C. §1915A, Fed. R. Civ. Pro. Rule 12(b)(6) and 42 U.S.C. §1997(e), the plaintiff's complaint is dismissed in its entirety.

　　　　　　　　　　　　　　　　　　ENTER this 22nd day of July 2008.

　　　　　　　　　　　　　　　　　　s/Pamela E. Robinson, Clerk

　　　　　　　　　　　　　　　　　　PAMELA E. ROBINSON, CLERK

　　　　　　　　　　　　　　　　s/K. Wynn
　　　　　　　　　　　　　　　BY:  DEPUTY CLERK